

**FILED & ENTERED**

**JUL 18 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

**NOT FOR PUBLICATION**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARDOCHE COHEN,<br><br>        Debtor. | Case No. 2:18-bk-17496-RK<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S REQUEST FOR TIME EXTENSION AND REQUIRING PETITION-RELATED DOCUMENTS BE FILED BY AUGUST 14, 2018** |

TO DEBTOR MARDOCHE COHEN AND PARTIES IN INTEREST:

The court has reviewed the motion of debtor Mardoche Cohen for an extension of time to file all his bankruptcy petition-related documents to August 20, 2018 filed on July 13, 2018 (Docket No. 7).  Having considered Debtor's motion, the court grants in part and denies in part the motion and extends the time for him to file all of his bankruptcy petition-related documents to August 14, 2018, which is the day after the 45-day deadline in the Bankruptcy Code requiring automatic dismissal of the bankruptcy case under 11 U.S.C. § 521(i)(1) if all bankruptcy petition-related documents are not filed.

**Debtor must file all of the required petition-related documents by August 14, 2018, and is warned that failure to file all of these documents by August 14, 2018 will result in automatic dismissal of the case and that no further extensions of time are permitted.**

**The court further orders that if Debtor fails to file all of his petition-related documents by August 14, 2018, this bankruptcy case is ordered immediately Dismissed and that no further request for an extension to file required documents will be granted.**

IT IS SO ORDERED.

### 

Date: July 18, 2018

_____
Robert Kwan
United States Bankruptcy Judge